IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS, | |
| Plaintiff, | 22cv0236<br>LEAD CASE |
| v. | |
| LEGRAND NORTH AMERICA, LLC, | |
| Defendant. | |
| BLAIR DOUGLASS, | |
| Plaintiff, | 22cv0240<br>MEMBER CASE |
| v. | |
| PRX PERFORMANCE, INC., | |
| Defendant. | |
| BLAIR DOUGLASS, | |
| Plaintiff, | 22cv0242<br>MEMBER CASE |
| v. | |
| FOREST DECOR, LLC, | |
| Defendant. | |
| BLAIR DOUGLASS, | |
| Plaintiff, | 22cv0249<br>MEMBER CASE |
| v. | |
| QUINCY BIOSCIENCE, LLC, | |
| Defendant. | |

BLAIR DOUGLASS,

       Plaintiff,                          22cv0250
                                         MEMBER CASE

            v.

LUCKY HEALTH GROUP, INC.,

       Defendant.

BLAIR DOUGLASS,

       Plaintiff,                          22cv0257
                                         MEMBER CASE

            v.

REPRESENT YOUR WATER INC.,

       Defendant.

BLAIR DOUGLASS,

       Plaintiff,                          22cv0261
                                         MEMBER CASE

            v.

PERFORMIX LLC,

       Defendant.

BLAIR DOUGLASS,

        Plaintiff,                        22cv0262
                                               MEMBER CASE

           v.

TRP ACQUISITION, INC.,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,                        22cv0263
                                               MEMBER CASE

           v.

THREADBEAST, LLC,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,                        22cv0264
                                               MEMBER CASE

           v.

HARDBODY SUPPLEMENTS, LLC,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,                        22cv0268
                                               MEMBER CASE

           v.

COVE SMART, LLC,

        Defendant.

BLAIR DOUGLASS,

       Plaintiff,                           22cv0286
                                            MEMBER CASE

       v.

TERVIS TUMBLER COMPANY,

       Defendant.

---

BLAIR DOUGLASS,

       Plaintiff,                           22cv0287
                                            MEMBER CASE

       v.

DOS OF ROSES, INC.,

       Defendant.

---

BLAIR DOUGLASS,

                                            22cv0288
       Plaintiff,                           MEMBER CASE

       v.

MASSDROP INC.,

       Defendant.

---

BLAIR DOUGLASS,

       Plaintiff,                           22cv0289
                                            MEMBER CASE

       v.

ALPHA OES, LLC.,

       Defendant.

| | |
|---|---|
| BLAIR DOUGLASS, | |
| Plaintiff, | 22cv0297 |
| | MEMBER CASE |
| v. | |
| JEWELSCENT, INC., | |
| Defendant. | |
| | |
| BLAIR DOUGLASS, | |
| Plaintiff, | 22cv0305 |
| | MEMBER CASE |
| v. | |
| DIRECT MARKETING VENTURES, LLC, | |
| Defendant. | |
| | |
| BLAIR DOUGLASS, | |
| Plaintiff, | 22cv0306 |
| | MEMBER CASE |
| v. | |
| TRUEWERK, INC., | |
| Defendant. | |
| | |
| BLAIR DOUGLASS, | |
| Plaintiff, | 22cv0314 |
| | MEMBER CASE |
| v. | |
| STRIDELINE, LLC., | |
| Defendant. | |

BLAIR DOUGLASS,

        Plaintiff,                        22cv0315
                                                                   MEMBER CASE

        v.

JOAH BROWN, LLC

        Defendant.

## CONSOLIDATION ORDER OF COURT

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1. Civil Action Nos. 22-240, 22-242, 22-249, 22-250, 22-257, 22-261, 22-262, 22-263, 22-264, 22-268, 22-286, 22-287, 22-288, 22-289, 22-297, 22-305, 22-306, 22-314, and 22-315 are hereby consolidated with **Civil Action No. 2:22-cv-236**, the lead case as captioned above.

2. All pleading, motions, and other papers hereafter filed shall be filed at **Civil Action No. 2: 22-cv-236.**

3. The Clerk of Court shall **close** Civil Action Nos. 22-240, 22-242, 22-249, 22-250, 22-257, 22-261, 22-262, 22-263, 22-264, 22-268, 22-286, 22-287, 22-288, 22-289, 22-297, 22-305, 22-306, 22-314 and 22-315.

        **SO ORDERED** this 23rd day of February, 2022.

        s/Arthur J. Schwab
        Arthur J. Schwab
        United States District Judge